

NUMBER 13-15-00574-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI ᴄ EDINBURG

---

REBECA RENTERIA,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.

---

**On appeal from the 25th District Court
of Gonzales County, Texas.**

---

## ORDER TO FILE REPORTER'S RECORD

**Before Justices Rodriguez, Benavides, and Perkes
Order Per Curiam**

This cause is before the Court on the reporter's failure to file the record by August 12, 2016, and the reporters' request for an extension of time until September 12, 2016. The reporter's record in this matter was originally due on March 30, 2016.   The reporter has previously requested and received four prior extensions of time to file the record.

The reporter's request for extension of time details the number of records she is working to complete.

The Court, having fully examined and considered the extensions previously granted in this cause, is of the opinion that, in the interest of justice, an order should be entered. The Court looks with disfavor upon the delay caused by the reporter's failure to have heretofore filed the record in this matter.

Reporter, Patricia Wagner, is hereby ORDERED to file the reporter's record in this Court on or before on September 12, 2016. NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED ABSENT WRITTEN PROOF OF EXTRAORDINARY CIRCUMSTANCES. If the reporter fails to file the record within the foregoing specified period of time, the Court will act appropriately to avoid further delay and to preserve the parties' rights. TEX. R. APP. P. 37.3 (a)(2).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed
The 12th of August, 2016.

2